UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                          Case No. 19-55749-PJS

ROSHONDA RENICE MILLER,                         Chapter 13

            Debtor(s).                          Honorable Phillip J. Shefferly

_____/

## NOTICE OF CITY OF DETROIT UNFILED TAX RETURNS

Debtor(s) failed to file a tax return for City of Detroit income taxes for tax

period(s) 2017 as required by 11 USC 1308 and/or Detroit City Code of

Ordinances Sec. 18-10. Pursuant to MCL 141.509 Michigan Department of

Treasury has been granted the authority to process the City of Detroit income tax

returns commencing with the 2015 tax year. Failure to file tax returns may result

in the Michigan Department of Treasury either objecting to the Debtor's Plan or

filing a Motion to either Convert or Dismiss the case. Debtor is required to

submit the following documents with the return(s):

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**Failure to submit the required documentation could result in a denial of a
refund or increase taxes owed.**

1

**I. SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
SCFRA & Collections Division
Cadillac Place, Ste 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Moe Freedman
**OR**
Via email: FreedmanM1@michigan.gov

**II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: December 09, 2019

2